JOHN J. FOSTER and THOMAS J. CHRISTENSEN, complainants,

*v.*

BAY FRONT LAND COMPANY, a corporation of New Jersey, et al., defendants.

[Decided December 22d, 1930.]

*Messrs. Babcock & Champion,* for the complainant Ezekiel V. Corson.

*Mr. Max Grossman,* receiver for Bay Front Land Company.

INGERSOLL, V. C.

Following *Bankers Trust Co.* v. *Maxson, 100 N. J. Eq. 1:* A receiver is entitled to impose a lien upon the proceeds of the sale of the mortgaged premises prior to the lien of the complainant's mortgage for his compensation and costs. Further equities must be reserved until the filing of the receiver's account and audit.